AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DIRECTV, INC. a California corporation,

        Plaintiff,

v.

JACK BENJAMIN,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-03-122-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: A supplemental Judgment is entered in favor of Plaintiff and against Defendant JACK BENJAMIN in the amount of $887.50 as reasonable attorneys fees.

March 26, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson